**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL ANTONELLI                                                                           PLAINTIFF
REG. #04053-164

v.                                             2:07CV00118 JLH/JTR

ALISON LUEKEFELD, RDAP
Coordinator, FCI, Forrest City, AR, *et al*.                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall proceed with claims 1, 2, 3, and 5 (as specified in the accompanying Partial Recommended Disposition) against Defendants Depoorter, Phillips, Lopez, Gilmore, Tipton, Hellaire, Luekefeld, Sanders, Hoover, and the United States of America.

2. The Clerk is directed to prepare a summons for those Defendants, and the United States Marshal is directed to serve the summons, the Substituted Complaint (docket entry #6), the Partial Recommendation, and this Order upon those Defendants, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.[1]

---

[1] The Court requests that a **SEALED** Statement providing the last known private mailing address be filed for any of the Defendants who are no longer federal employees.

3. All remaining claims and Defendants are DISMISSED, WITHOUT PREJUDICE, so that Plaintiff may pursue them, if he so chooses, in a separately filed action.

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 27th day of November, 2007.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE