## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MICHAEL ANTONELLI**
**REG. # 04053-164**                                                                                      **PLAINTIFF**

v.                                           2:07CV00118 BSM/JTR

**ALISON LUEKEFELD, et al.**                                                                 **DEFENDANTS**

### ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

Accordingly, it is therefore ordered that:

1.     Defendants' motion to dismiss (Doc. No. 82) is granted in part, such that plaintiff's conspiracy claims are dismissed without prejudice, and denied in all other respects.

2.     The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 2nd day of June, 2009.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE