**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL ANTONELLI
REG. #04053-164                                                                                               PLAINTIFF

V.                                              2:07CV00118 BSM JTR

ALISON LUEKEFELD, RDAP
Coordinator, FCI, Forrest City, AR, et al.                                                        DEFENDANTS

**ORDER**

The partial recommend disposition submitted by Magistrate Judge J. Thomas Ray has been received. Plaintiff's motion to clarify the partial recommended disposition (Doc. No. 158) is construed as objections. After carefully reviewing the partial recommended disposition, objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, adopted in all respects in its entirety.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's claim that defendants Martha DePoorter and Brian Phillips retaliated against him by issuing a false disciplinary charge on June 16, 2005, is DISMISSED WITH PREJUDICE.

2.  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

3.  Plaintiff's motion to clarify the partial recommended disposition (Doc. No. 158), which is construed as objections, is DENIED.

IT IS SO ORDERED THIS 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE