# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL ANTONELLI**                                                                              **PLAINTIFF**

**V.**                                            **2:07CV00118 BSM/JTR**

**ALISON LEUKEFELD, RDAP**
**Coordinator, FCI, Forrest City, AR, et al.**                          **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by Magistrate Judge J. Thomas Ray and plaintiff's objections have been received. After carefully reviewing the partial recommended disposition, objections, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment (Doc. No. 131) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

2. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS THEREFORE ORDERED THIS 18th day of August, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE