**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MICHAEL ANTONELLI**                                                                                          **PLAINTIFF**

**V.**                                                  **2:07CV00118 BSM/JTR**

**ALISON LEUKEFELD, RDAP
Coordinator, FCI, Forrest City, AR, et al.**                              **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed with prejudice. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ADJUDGED THIS 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE